**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
CARTICA MANAGEMENT, LLC, CARTICA :
CORPORATE GOVERNANCE FUND, LP, :
CARTICA INVESTORS, LP, and CARTICA : No. 14-CV-2258 (PKC)
CAPITAL PARTNERS MASTER, LP, :
:
              Plaintiffs, : Hon. P. Kevin Castel
:
    v. :
:
CORPBANCA S.A., ITAÚ UNIBANCO :
HOLDING S.A., BANCO ITAÚ CHILE, :
ÁLVARO SAIEH BENDECK, CORP GROUP :
BANKING S.A., COMPAÑÍA INMOBILIARIA :
Y DE INVERSIONES SAGA LIMITADA, :
JORGE ANDRÉS SAIEH GUZMÁN, :
FERNANDO AGUAD DAGACH, JORGE :
SELUME ZAROR, RAFAEL GUILISATI :
GANA, FRANCISCO LEÓN DÉLANO, :
FRANCISCO MOBAREC ASFURA, :
GUSTAVO ARRIAGADA MORALES, JOSÉ :
LUIS MARDONES SANTANDER, HUGO :
VERDEGAAL, MARÍA CATALINA SAIEH :
GUZMÁN, ANA BEATRIZ HOLUIGUE :
BARROS, FERNANDO MASSÚ TARE, and :
EUGENIO GIGOGNE MIQUELES, :
:
             Defendants. :
:
---------------------------------------------------------------x

**NOTICE OF MOTION OF DEFENDANTS CORPBANCA,
ÁLVARO SAIEH BENDECK, CORP GROUP BANKING S.A., AND
COMPAÑÍA INMOBILIARIA Y DE INVERSIONES SAGA
LIMITADA SPA TO DISMISS THE AMENDED COMPLAINT**

      PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law, the Declaration of Joshua M. Slocum, Esq. and the exhibits attached thereto, and the Declaration of Felipe Ossa, Esq., Defendants CorpBanca, Álvaro Saieh Bendeck, Corp Group Banking S.A., and Compañía Inmobiliaria y de Inversiones Saga Limitada SPA, by and through their attorneys,

Simpson Thacher & Bartlett LLP, will move this Court, before the Honorable P. Kevin Castel, United States District Court Judge, at the United States Courthouse, 500 Pearl Street, New York, New York 10007 for an order dismissing the amended complaint with prejudice pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(1) and (6) and the Private Securities Litigation Reform Act, 15 U.S.C. §§ 78u-4 *et seq.*

Dated: New York, New York
June 24, 2014

                                            Respectfully submitted,

                                            */s/ Lynn K. Neuner*
                                            Lynn K. Neuner
                                            Peter E. Kazanoff
                                            Joshua M. Slocum
                                            SIMPSON THACHER & BARTLETT LLP
                                            425 Lexington Avenue
                                            New York, New York  10017
                                            Telephone: (212) 455-2000
                                            Facsimile:  (212) 455-2502

                                            *Attorneys for Defendants CorpBanca, Álvaro Saieh Bendeck, Corp Group Banking S.A., and Compañía Inmobiliaria y de Inversiones Saga Limitada*