UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARTICA MANAGEMENT, LLC, CARTICA CORPORATE GOVERNANCE FUND, LP, CARTICA INVESTORS, LP, and CARTICA CAPITAL PARTNERS MASTER, LP,<br><br>*Plaintiff*,<br><br>– v. –<br><br>CORPBANCA S.A., ITAÚ UNIBANCO HOLDING S.A., BANCO ITAÚ CHILE, ÁLVARO SAIEH BENDECK, CORP GROUP BANKING S.A., COMPAÑÍA INMOBILIARIA Y DE INVERSIONES SAGA LIMITADA, JORGE ANDRÉS SAIEH GUZMÁN, FERNANDO AGUAD DAGACH, JORGE SELUME ZAROR, RAFAEL GUILISATI GANA, FRANCISCO LEÓN DÉLANO, FRANCISCO MOBAREC ASFURA, GUSTAVO ARRIAGADA MORALES, JOSÉ LUIS MARDONES SANTANDER, HUGO VERDEGAAL, MARÍA CATALINA SAIEH GUZMÁN, ANA BEATRIZ HOLUIGUE BARROS, FERNANDO MASSÚ TARE, and EUGENIO GIGOGNE MIQUELES,<br><br>*Defendants*. | 14 Civ. 2258 (PKC) |

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Itaú Defendants in Support of their Motion to Dismiss under Rules 12(b)(2), (5), and (6), Transmittal Declaration of Justin V. Rodriguez and exhibits thereto, and all prior pleadings and proceedings in this action, defendants Itaú Unibanco Holding S.A. and Banco Itaú Chile will move this Court at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an order dismissing the claims in the Amended

Complaint against defendants Itaú Unibanco Holding S.A. and Banco Itaú Chile with prejudice pursuant to Fed. R. Civ. P. 12(b)(2), (5), and (6).

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's July 2, 2014 order, opposition papers shall be served and filed no later than July 23, 2014, and reply papers shall be served and filed no later than July 28, 2014.

Dated:   New York, New York
         July 10, 2014

WACHTELL, LIPTON, ROSEN & KATZ

By:   /s/ GEORGE T. CONWAY III
        George T. Conway III

Justin V. Rodriguez
51 West 52nd Street
New York, New York  10019
(212) 403-1000
gtconway@wlrk.com

*Attorneys for Defendants Itaú Unibanco
  Holding S.A. and Banco Itaú Chile*

TO:   All Counsel of Record
      (By ECF)