UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
                                                   :

CARTICA MANAGEMENT, LLC, CARTICA    :
CORPORATE GOVERNANCE FUND, LP,
CARTICA INVESTORS, LP, and CARTICA   :
CAPITAL PARTNERS MASTER, LP,
                                                   :

                 Plaintiffs,                      :

          v.                                    :      Docket No.: 14 Civ. 2258 (PKC)

CORPBANCA S.A., ALVARO SAIEH BENDECK, :     **NOTICE OF APPEAL**
ITAÚ UNIBANCO HOLDING S.A., BANCO ITAÚ :
CHILE, CORP GROUP BANKING S.A.,
COMPANÍA INMOBILIARIA Y DE
INVERSIONES SAGA LIMITADA, JORGE
ANDRÉS SAIEH GUZMÁN, HUGO
VERDEGAAL, FERNANDO MASSÚ TARE,
and EUGENIO GIGOGNE MIQUELES,

                 Defendants.

------------------------------------x

Notice is hereby given that the plaintiffs in the above-captioned case, Cartica Management, LLC, Cartica Corporate Governance Fund, LP, Cartica Investors, LP, and Cartica Capital Partners Master, LP (collectively, "Plaintiffs"), hereby appeal to the United States Court of Appeals for the Second Circuit from the Memorandum and Order of the Honorable P. Kevin Castel, dated September 25, 2014, and the corresponding judgment entered on September 29, 2014, dismissing Plaintiffs' Amended Complaint.

Dated: New York, New York
October 29, 2014

                GIBSON, DUNN & CRUTCHER LLP

By: s/ Adam H. Offenhartz
    Adam H. Offenhartz
    David J. Kerstein
    James M. Thompson

200 Park Avenue
New York, NY 10166-0193
Phone: (212) 351-4000
Fax: (212) 351-4035
aoffenhartz@gibsondunn.com

*Attorneys for Plaintiffs Cartica Management, LLC; Cartica Corporate Governance Fund, LP; Cartica Investors, LP; and Cartica Capital Partners Master, LP*