UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

N.Y.S.D. Case # 14-cv-2258(PKC)

**MANDATE**

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of December, two thousand and fourteen,

Cartica Management, LLC, Cartica Investors, LP, Cartica Corporate Governance Fund, LP, Cartica Capital Partners Master, LP,

    Plaintiffs - Appellants,

v.

Corpbanca S.A., Compania Inmobiliaria Y De Inversiones Saga Limitada, Jorge Andres Saieh Guzman, Alvaro Saieh Bendeck, Corp Group Banking S.A., Hugo Verdegaal, Fernando Massu Tare, Itau Unibanco Holding S.A., Eugenio Gigogne Miqueles, Banco Itau Chile,

    Defendants - Appellees.

Fernando Aguad Dagach, Jorge Selume Zaror, Rafael Guilisati Gana, Francisco Leon Delano, Francisco Mobarec Asfuro, Gustavo Arriagada Morales, Jose Luis Mardones Santander, Maria Catalina Saieh Guzman, Ana Beatriz Holuigu Barros.

    Defendants.

ORDER
Docket No. 14-4085

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: December 19, 2014

    The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

    The stipulation is hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 12/19/2014